IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 4:24-CR-28-RGE |
| | ) | |
| WILLIAM JACK BERG, | ) | MOTION TO UNSEAL CASE |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, hereby moves that this court direct the Clerk of Court to unseal this criminal case.

        Respectfully submitted,

        Richard D. Westphal
        United States Attorney

By: <u>*/s/ Adam J. Kerndt*</u>
      Adam J. Kerndt
      Assistant United States Attorney
      U.S. Courthouse Annex
      110 East Court Avenue, Suite 286
      Des Moines, IA 50309
      Tel: (515) 473-9300
      Fax: (515) 473-9292
      Email:  Adam.Kerndt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

_X__ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY

By: *Adam J. Kerndt*
    Assistant U.S. Attorney